Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-31665 (ABA)**

Robert J. Headley, Jr.  
23 Elizabeth Drive  
Pennsville, NJ  08070

Monthly Payment: $1,020.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/27/2020 | $1,020.00 | 02/24/2020 | $1,020.00 | 03/23/2020 | $1,020.00 | 04/20/2020 | $1,020.00 |
| 05/18/2020 | $1,020.00 | 06/15/2020 | $1,020.00 | 07/13/2020 | $1,020.00 | 08/11/2020 | $1,020.00 |
| 09/09/2020 | $1,020.00 | 10/05/2020 | $1,020.00 | 11/02/2020 | $1,020.00 | 11/30/2020 | $1,020.00 |
| 12/28/2020 | $1,020.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT J. HEADLEY, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $4,350.00 |
| 1 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $714.60 | $242.07 | $472.53 | $69.66 |
| 3 | CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIZENS BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,009.07 | $341.82 | $667.25 | $98.38 |
| 6 | DELL FINANCIAL SERVICES, LLC | 33 | $3,148.28 | $1,066.47 | $2,081.81 | $306.91 |
| 7 | FIRESTONE-CREDIT FIRST NATIONAL ASSOC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | FOUNDATION FINANCE COMPANY | 33 | $12,667.73 | $4,291.15 | $8,376.58 | $1,234.93 |
| 9 | FREEDOM MORTGAGE CORPORATION | 24 | $1,294.28 | $1,294.28 | $0.00 | $1,294.28 |
| 10 | GENESIS CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LENDINGCLUB CORPORATION | 33 | $22,176.83 | $7,512.34 | $14,664.49 | $2,161.94 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $376.08 | $127.40 | $248.68 | $36.67 |
| 13 | MERRICK BANK | 33 | $1,193.01 | $404.13 | $788.88 | $116.30 |
| 14 | TD BANK, N.A. | 33 | $8,313.03 | $2,816.01 | $5,497.02 | $810.41 |
| 15 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $324.94 | $110.07 | $214.87 | $31.68 |
| 19 | CREDIT FIRST, N.A. | 33 | $700.38 | $237.25 | $463.13 | $68.28 |
| 20 | CITIZENS BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2018 | 1.00 | $0.00 |
| 12/01/2018 | Paid to Date | $1,560.00 |
| 01/01/2019 | 58.00 | $1,020.00 |
| 11/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $13,260.00 |
| Total paid to creditors this period: | $10,579.44 |
| Undistributed Funds on Hand: | $1,868.64 |
| Arrearages: | ($780.00) |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**