Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-31665 (ABA)**

Robert J. Headley, Jr.  
23 Elizabeth Drive  
Pennsville, NJ  08070

Monthly Payment: $1,020.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2021 | $1,020.00 | 02/22/2021 | $1,020.00 | 03/22/2021 | $1,020.00 | 04/19/2021 | $1,020.00 |
| 05/17/2021 | $1,020.00 | 06/14/2021 | $1,020.00 | 07/12/2021 | $1,020.00 | 08/09/2021 | $1,020.00 |
| 09/20/2021 | $1,020.00 | 10/28/2021 | $1,020.00 | 11/02/2021 | $1,020.00 | 11/02/2021 | $-1,020.00 |
| 11/15/2021 | $1,020.00 | 12/28/2021 | $1,020.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT J. HEADLEY, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $0.00 |
| 1 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $714.60 | $413.53 | $301.07 | $172.41 |
| 3 | CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIZENS BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,009.07 | $583.92 | $425.15 | $243.44 |
| 6 | DELL FINANCIAL SERVICES, LLC | 33 | $3,148.28 | $1,821.84 | $1,326.44 | $759.56 |
| 7 | FIRESTONE-CREDIT FIRST NATIONAL ASSOC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | FOUNDATION FINANCE COMPANY | 33 | $12,667.73 | $7,330.52 | $5,337.21 | $3,056.22 |
| 9 | FREEDOM MORTGAGE CORPORATION | 24 | $1,294.28 | $1,294.28 | $0.00 | $0.00 |
| 10 | GENESIS CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LENDINGCLUB CORPORATION | 33 | $22,176.83 | $12,833.21 | $9,343.62 | $5,350.40 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $376.08 | $217.63 | $158.45 | $90.73 |
| 13 | MERRICK BANK | 33 | $1,193.01 | $690.37 | $502.64 | $287.83 |
| 14 | TD BANK, N.A. | 33 | $8,313.03 | $4,810.55 | $3,502.48 | $2,005.60 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $324.94 | $188.04 | $136.90 | $78.39 |
| 19 | CREDIT FIRST, N.A. | 33 | $700.38 | $405.29 | $295.09 | $168.97 |
| 20 | CITIZENS BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2018 | 1.00 | $0.00 |
| 12/01/2018 | Paid to Date | $1,560.00 |
| 01/01/2019 | 58.00 | $1,020.00 |
| 11/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,240.00 |
| Total paid to creditors this period: | $12,213.55 |
| Undistributed Funds on Hand: | $934.32 |
| Arrearages: | ($780.00) |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**