Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-31665 (ABA)

Robert J. Headley, Jr.  
23 Elizabeth Drive  
Pennsville, NJ  08070

Monthly Payment: $1,020.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/24/2022 | $1,020.00 | 02/22/2022 | $1,020.00 | 03/21/2022 | $1,020.00 | 04/18/2022 | $1,020.00 |
| 05/16/2022 | $1,020.00 | 06/27/2022 | $1,020.00 | 07/25/2022 | $1,020.00 | 08/22/2022 | $1,020.00 |
| 09/19/2022 | $1,020.00 | 10/31/2022 | $1,020.00 | 11/28/2022 | $1,020.00 | 12/27/2022 | $1,300.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT J. HEADLEY, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $0.00 |
| 1 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $714.60 | $558.57 | $156.03 | $171.46 |
| 3 | CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIZENS BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,009.07 | $788.74 | $220.33 | $242.10 |
| 6 | DELL FINANCIAL SERVICES, LLC | 33 | $3,148.28 | $2,460.86 | $687.42 | $755.37 |
| 7 | FIRESTONE-CREDIT FIRST NATIONAL ASSOC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | FOUNDATION FINANCE COMPANY | 33 | $12,667.73 | $9,901.78 | $2,765.95 | $3,039.37 |
| 9 | FREEDOM MORTGAGE CORPORATION | 24 | $1,294.28 | $1,294.28 | $0.00 | $0.00 |
| 10 | GENESIS CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LENDINGCLUB CORPORATION | 33 | $22,176.83 | $17,334.62 | $4,842.21 | $5,320.87 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $376.08 | $293.96 | $82.12 | $90.23 |
| 13 | MERRICK BANK | 33 | $1,193.01 | $932.52 | $260.49 | $286.24 |
| 14 | TD BANK, N.A. | 33 | $8,313.03 | $6,497.92 | $1,815.11 | $1,994.54 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $324.94 | $253.99 | $70.95 | $77.97 |
| 19 | CREDIT FIRST, N.A. | 33 | $700.38 | $547.46 | $152.92 | $168.04 |
| 20 | CITIZENS BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2018 | 1.00 | $0.00 |
| 12/01/2018 | Paid to Date | $1,560.00 |
| 01/01/2019 | 58.00 | $1,020.00 |
| 11/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,520.00 |
| Total paid to creditors this period: | $12,146.19 |
| Undistributed Funds on Hand: | $2,120.48 |
| Arrearages: | ($1,060.00) |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**