Certificate Number: 03088-NJ-DE-037594914

Bankruptcy Case Number: 18-31665



03088-NJ-DE-037594914

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2023, at 12:48 o'clock PM CDT, Robert Headley Jr. completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  July 16, 2023     By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor